UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARGIE VASQUEZ, as Proposed Administrator of the Estate of David Vasquez,

              Plaintiff,

- against -

PELHAM PARKWAY NURSING CARE AND REHABILITATION FACILITY, LLC, doing business as Pelham Parkway Nursing Care and Rehabilitation Facility, ABC CORPORATION, and ABC PARTNERSHIP,

              Defendants.

**ORDER**

22 Civ. 7691 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Pelham Parkway Nursing Care and Rehabilitation Facility, LLC ("Pelham") removed this case from state court on September 9, 2022. (Notice of Removal (Dkt. No. 2))  Pelham contends that this Court has subject matter jurisdiction because (1) Plaintiff's claims "arise under federal law, pursuant to 28 U.S.C. § 1331," because the Public Readiness and Emergency Preparedness Act ("PREP Act") "completely preempts [Plaintiff's claims]" (id. ¶ 26); (2) "important federal questions are embedded in the litigation of [the] Complaint within the meaning of" Grable & Sons Metal Products, Inc. v. Darue Engineering & Manufacturing, 545 U.S. 308 (2005) (id. ¶ 31); and (3) the federal officer removal statute, 28 U.S.C. § 1442(a)(1), authorizes removal, because "Defendant's response to the pandemic was at the specific direction and oversight of the federal government[]. . . ." (Id. ¶ 33; see also Sept. 14, 2022 Def. Ltr. (Dkt. No. 3) at 2; Dec. 6, 2022 Def. Ltr. (Dkt. No. 6) at 2-5)

Defendant also requests that this Court stay consideration of the subject matter jurisdiction issue until the Second Circuit resolves <u>Leroy v. Hume</u>, Nos. 21-2158, 21-2159 (cons.), <u>Rivera-Zayas v. Our Lady of Consolation Geriatric Care Ctr.</u>, No. 21-2164, and <u>Solomon v. St. Joseph Hosp.</u>, No. 21-2729.  (Dec. 6, 2022 Def. Ltr. (Dkt. No. 6) at 1)

Plaintiff will respond to Defendant's arguments concerning subject matter jurisdiction and its application for a stay by December 30, 2022.

Dated:  New York, New York
        December 16, 2022

                              SO ORDERED.

                              *Paul G. Gardephe* (signature)
                              Paul G. Gardephe
                              United States District Judge