UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARGIE VASQUEZ, as Proposed Administrator of the Estate of David Vasquez,

                Plaintiff,

- against -

PELHAM PARKWAY NURSING CARE AND REHABILITATION FACILITY, LLC, doing business as Pelham Parkway Nursing Care and Rehabilitation Facility, ABC CORPORATION, and ABC PARTNERSHIP,

                Defendants.

**ORDER**

22 Civ. 7691 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The briefing schedule for Plaintiff's motion to remand the case to state court is as follows:

Plaintiff's submission is due **January 25, 2023**;

Defendants' opposition is due **February 8, 2023**;

Plaintiff's reply is due **February 15, 2023**.

Dated: New York, New York
       January 11, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge